Welz & Zerweck, a Corporation, Appellant, v. Vincenzo Martino and Maria

App. Div.] Second Department, November, 1908.

Martino, Respondents.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.